JOHN S. DAVENPORT, as Receiver of the BANK OF STATEN ISLAND, Appellant, *v.* NATIONAL BANK OF COMMERCE IN NEW YORK, Respondent.

*Davenport v. National Bank of Commerce*, 127 App. Div. 391, affirmed. (Argued January 18, 1909; decided February 9, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 30, 1908, affirming a judgment in favor of defendant entered upon the report of a referee in an action to recover the proceds of certain securities, assets of the Bank of Staten Island, which had been pledged with the defendant to secure it against loss in making clearings for said bank.

*John S. Davenport* for appellant.

*John Quinn* for respondent.

Judgment affirmed, with costs, on authority of *O'Brien* v. *Grant* (146 N. Y. 163); no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ. Not sitting: GRAY, J.